UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

LUIS ANTONIO ADRIAN GOMEZ,    )
                              )
              Petitioner,     )
                              )
      v.                      )    No. 2:26-cv-00358-JRO-MG
                              )
SAMUEL OLSON,                 )
MARKWAYNE MULLIN,             )
TODD BLANCHE,                 )
                              )
              Respondents.    )

### ORDER GRANTING MOTION TO VOLUNTARILY DISMISS

Petitioner Luis Antonio Adrian Gomez's notice of voluntary dismissal without prejudice, dkt. [2], is **GRANTED** to the extent that it is effective as a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The action is **DISMISSED without prejudice**. The clerk is **DIRECTED** to close this action on the docket.  No final judgment is required under these circumstances.

**SO ORDERED.**

Date:  5/26/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel